LOUISA M. KELLER, as Executrix of GEORGE KELLER, Deceased et al., Appellants, *v.* GEORGE A. LEE, Respondent.

*Keller* v. *Lee*, 66 App. Div. 184, appeal withdrawn.
(Argued October 6, 1902; decided October 14, 1902.)

MOTION to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 18, 1901, reversing a judgment in favor of plaintiffs entered upon a verdict directed by the court and an order denying a motion for a new trial and granting a new trial.

*L. H. Jones* for motion.

*Loran L. Lewis, Jr.,* opposed.

Motion granted upon paying the taxable costs of this appeal and ten dollars costs of motion.

---

EPHRAIM B. LEVY, Respondent, *v.* JOHN SCHREYER, Appellant.

(Argued October 6, 1902; decided October 14, 1902.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 11, 1898, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the appeal was not taken within one year after the filing of the final judgment of the Appellate Division.

*Seward Baker* for motion.

*Alex. Thain* opposed.

Motion granted and appeal dismissed, with ten dollars costs.